UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COCHISE B. LEE, | ) | NO. CV 13-7725-VAP (AGR) |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| G.D. LEWIS, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 29, 2017

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge